FILED

2022 JUN 22 PM 12: 10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | MJ 22-02442 |
| v. | |
| Hugo Mendez Jr. | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: Probation Violation Petition
in the Southern District of California on March 21, 2022
at ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 3606
to wit: Probation Violation Petition

A warrant for defendant's arrest was issued by: The Honorable Dana M. Sabraw

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/22/22
                 Date

_Signature of Agent_

David Zevallos
Print Name of Agent

U.S. Marshals Service
Agency

Deputy U.S. Marshal
Title